**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**    **Jeffery G. D'Antonio,** | **: Chapter 13** |
|                      **Debtor** | **: Case No. 23-11097-amc** |
| _____ | : |
| **Delaware County Tax Claim Bureau** | : |
|                  **Movant** | : |
|                  **vs.** | : |
| **Jeffery G. D'Antonio,** | : |
| **Christian Sanchez and Cesar Sanchez,** | : |
|                  **Respondents** | : |
|                  **and** | : |
| **Kenneth E. West,** | : |
|                  **Trustee** | : |

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF**

TO THE CLERK:

     Kindly withdraw the Delaware County Tax Claim Bureau's Motion for Relief filed at Document Number 18 on May 4, 2023.

                                                        Respectfully submitted:

                                                        **TOSCANI, STATHES & ZOELLER, LLC**

**Dated**: May 4, 2023             **BY:**   /s/ Stephen V. Bottiglieri
                                                         Stephen V. Bottiglieri, Esquire
                                                         Attorney for Delaware County Tax Claim Bureau
                                                         899 Cassatt Rd, Ste 320
                                                         Berwyn, PA 19312
                                                         P (610) 647-4901
                                                         sbottiglieri@tszlegal.com