**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**      **Jeffery G. D'Antonio,** | **: Chapter 13** |
| **Debtor** | **: Case No. 23-11097-amc** |
| _____ | **:** |
| **Delaware County Tax Claim Bureau** | **:** |
| **Movant** | **:** |
| **vs.** | **:** |
| **Jeffery G. D'Antonio,** | **:** |
| **Christian Sanchez and Cesar Sanchez,** | **:** |
| **Respondents** | **:** |
| **and** | **:** |
| **Kenneth E. West,** | **:** |
| **Trustee** | **:** |

**PRAECIPE TO WITHDRAW MOTION FOR EXPEDITED HEARING**

TO THE CLERK:

Kindly withdraw the Delaware County Tax Claim Bureau's Motion for Expedited hearing filed at Document Number 19 on May 4, 2023.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC**

**Dated**: May 4, 2023          **BY:**   /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for Delaware County Tax Claim Bureau
899 Cassatt Rd, Ste 320
Berwyn, PA 19312
P (610) 647-4901
sbottiglieri@tszlegal.com