**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       Jeffery G. D'Antonio,            : Chapter 13
                              Debtor          : Case No. 23-11097-amc

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly mark the Objection to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 73 on November 14, 2023, and any prior objection to confirmation, as **WITHDRAWN**.

Respectfully submitted:

**TOSCANI, STATHES & ZOELLER, LLC**

Dated:   1/15/24           BY:  /s/ Stephen V. Bottiglieri
                              Stephen V. Bottiglieri, Esquire
                              Counsel to Delaware County Tax Claim Bureau
                              899 Cassatt Road, Suite 320
                              Berwyn, PA 19312
                              610-647-4901
                              sbottiglieri@tszlegal.com