# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Jeffery G. D'Antonio,          : Chapter 13
                             Debtor      : Case No. 23-11097-amc

## ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 3944 Mary Street, Upper Darby, Delaware County, Pennsylvania bearing folio number 16-13-02474-00, is hereby **APPROVED**.

BY THE COURT:

Dated: Feb. 6, 2024

_____
ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE