UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Jeffrey D'Antonio,    : Bky. No. 23-11097-AMC

   Debtor    : Chapter 13

## ORDER GRANTING DEBTOR'S AMENDED MOTION FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property located at 3944 Mary Street, Drexel Hill, Pennsylvania 19026 ("Property"), for the sale price of $125,000 pursuant to the terms of a certain real estate agreement of sale dated as of April 12, 2024, to the buyer thereunder, Shirley Murray ("Buyer").

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

| | | |
|---|---|---|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $ 600 |
| 2. | Liens paid at closing- | $ 90,000 or actual sum due on date of closing |
| 3. | Real estate taxes, sewer, trash and/or other such items | $ 20500.77 |
| 4. | Property repairs, if any | $ none |
| 5. | Real estate commission, at no greater than 6% | $ none |
| 6. | Attorney's fees, if any | $ none |
| 7. | Other - Seller Assist | $ none |
| | **Estimated total costs:** | **$111,100.77** |
| | **Estimated net proceeds:** | **$13,899.23** |

This Order is contingent upon any mortgage lien(s) being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff shall be approved by mortgagee; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

Upon receipt of payment, any creditor(s), paid at closing, shall either (1) withdraw, (2) amend or (3) file a praecipe to mark the proof of claim as satisfied.

After paying all liens in full and all costs of sale, the title clerk shall pay the Debtor the Debtor's bankruptcy exemption of $0.

The title clerk shall pay sale proceeds, in excess of the Debtor's exemption of $0, directly to Kenneth E. West, Chapter 13 standing trustee.

Within 10 days of closing, Debtor may file a new plan that conforms with terms of this Order or may elect to continue with his current plan, in which case the net proceeds shall be credited against his plan balance

The title clerk shall email a completed HUD-1 or settlement sheet from the closing directly to settlementsheet@ph13trustee.com immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon trustee approval, the title clerk shall fax or email a copy of the disbursement check to the trustee and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

Per Bankruptcy Rule 6004(h), the 14-day stay as to effect of this Order is hereby waived.

**ORDERED** that this Order shall constitute an order permitting the Debtor to make disbursements at or immediately after settlement as provided herein above.

BY THE COURT:

_____
ASHELY M. CHAN,
U.S. BANKRUPTCY JUDGE